[Nos. 14205–4–I; 14248–8–I;  Division One.        February 10, 1986.]
        15035–9–I.

ROBERT L. RASMUSSEN, *Appellant,* v. FRANK T.
REID, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–05447–5, David C. Hunter, J., entered
January 6, 1984. *Affirmed* by unpublished opinion per

Williams, J., concurred in by Coleman, J., and Holman, J. Pro Tem.